# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

RACHEL O. SMITH                             CIVIL ACTION NO. 05-1262

VERSUS                                      JUDGE HICKS

PROGRESSIVE STAMPING AND                    MAGISTRATE JUDGE HORNSBY
PLATING, INC. AND HARDWARE
RESOURCES, INC.

## MEMORANDUM RULING

Before the Court is Defendants' Motion for Partial Summary Judgment as to

State Law Claims" [Doc. No. 18].  Defendants contend that Plaintiff's state law

claims are untimely.  Plaintiff's counsel does not oppose the dismissal of the state

law claims as untimely and contends that he tentatively agreed at the scheduling

conference that these claims should be dismissed and agreed at the conference to

review this issue.  [Doc. No. 21]  Nevertheless, the day after the scheduling

conference, defense counsel filed a motion for summary judgment seeking dismissal

of the state law claims as well as attorney's fees.  Defendants' motion seeking

dismissal of the state law claims is **GRANTED**.  However, under the circumstances

presented, Defendants' motion for attorney's fees is **DENIED**.

   **IT IS SO ORDERED.**

   **THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 12th day of April,

2006.

                                   _____
                                        S. MAURICE HICKS, JR.
                                   UNITED STATES DISTRICT JUDGE